IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00171-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

GARY WAYNE TURNER,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director,
FRANCIS FAULK, Warden of Limon Corrections,
NICHOL BLATNIK, Health Service Administrator, AND
MS. RAUCH, Nurse,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff, Gary Wayne Turner, initiated this action on January 26, 2015 by filing a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983, and a Motion Requesting to File for In Forma Pauperis (ECF No. 3).   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>  X  </u>   is not submitted
(2)   <u>     </u>   is not on correct form (<u>Plaintiff must use the court-approved form for filing</u>

<p style="padding-left: 80px;">a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915).</p>

(3)  _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __    is missing certificate showing current balance in prison account
(5)  __    is missing required financial information
(6)  _X_   is missing authorization to calculate and disburse filing fee payments
(7)  __    is missing an original signature by the prisoner
(8)  __    is not on proper form
(9)  __    names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other: Plaintiff may pay the $400 filing fee in full, in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) __    is not submitted
(12) __    is not on proper form
(13) __    is missing an original signature by the prisoner
(14) __    is missing page nos. ___
(15) __    uses et al. instead of listing all parties in caption
(16) __    names in caption do not match names in text
(17) __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __    other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain a copy of the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form if desired (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms in curing the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 27, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge